THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Amen L.
Hilliard,        Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2005-UP-083
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Walter M. Bailey, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Amen L. Hilliard pled guilty to two counts of distribution 
 of crack cocaine, third offense.  He was sentenced to eight years for each count, 
 to be served concurrently.  Hilliards appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Further, Hilliard filed a pro se 
 response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.